No. 91–5359. WEBB v. WISCONSIN. Sup. Ct. Wis. Certiorari denied.

No. 91–5360. SCHWARTZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 91–5361. WHITESIDE v. MICHIGAN. Sup. Ct. Mich. Certiorari denied.

No. 91–5364. ANDRUS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 91–5365. TURNER v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 91–5366. ROSS v. MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 91–5367. ROLON v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 91–5368. BRADFORD v. ROWLAND, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTION, ET AL. C. A. 9th Cir. Certiorari denied.

No. 91–5369. GUEVARA, A MINOR, BY GUEVARA, HER GUARDIAN AD LITEM, ET AL. v. MENDOZA ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 91–5370. BOGUS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 91–5372. WHITLEY v. RENDLE ET AL. C. A. 2d Cir. Certiorari denied.

No. 91–5373. HADEN v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 91–5374. HASKINS v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 91–5375. HICKS ET AL. v. HENMAN, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 91–5376. HODGES v. UNITED STATES; and
No. 91–5448. HODGES v. UNITED STATES. C. A. 6th Cir. Certiorari denied. Reported below: 935 F. 2d 766.